# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARSHALL WILLIAMS, #133506            PLAINTIFF

v.            No. 3:19-cv-237-DPM

MARTY BOYD, Craighead County Sheriff;
SCOTT ELLINGTON, Craighead County Prosecutor;
SHERRI COPELAND, SGT. Craighead County Jail;
BENJAMIN BRISTOW, Craighead County Public Defender;
TONI RAYMOND, Asst. Administrator,
Craighead County Sherriff's Office; and
KEITH BOWERS, Administrator,
Craighead County Sheriff's Office.            DEFENDANTS

## ORDER

Ben Bristow's father and sister are on my recusal list. I don't know him as well as I do them, but my impartiality in this case could reasonably be questioned. 28 U.S.C. § 455(a). I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2019